IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SOUTHERN CAN MAKING CO., LTD., )
)
                    Plaintiff, ) No. 07 C 6685
v. )
) Judge Moran
H.L. FISHER MFG. CO. INC. )
) Magistrate Judge Brown
                    Defendant. )

## MEMORANDUM OF JUDGMENT

On March 19, 2008, judgment was entered in this court in favor of the plaintiff Southern Can Making Co., Ltd. And against defendant H.L. Fisher Mfg. Co., Inc. whose address is 1225 Forest Avenue, Des Plaines, IL 60018 in the amount of $1,023,204.69. (See attached order)

Enter: April 29 2008

JUDGE

JOHN D. KUHN
FEDOTA CHILDERS, P.C.
Three First National Plaza
70 West Madison St., Suite 3900
Chicago, IL 60602
312/236-5015



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SOUTHERN CAN MAKING CO., LTD., ) | |
| ) | |
| Plaintiff, ) | No. 07 C 6685 |
| v. ) | |
| ) | Judge Moran |
| H.L. FISHER MFG. CO. INC. ) | |
| ) | Magistrate Judge Brown |
| Defendant. ) | |

## ORDER

This matter coming before the Court on Plaintiff, Southern Can Making Co., Ltd.'s, Motion for Judgment of Default, it is hereby ordered:

1. This court finds Defendant, H.L. Fisher Mfg. Co., Inc. in default.

2. Plaintiff, Southern Can Making Co., Ltd., is awarded damages payable immediately as follows:

   a. $682,508.80 that was to be held in trust and which amount was paid to defendant as a down payment on the contract between defendant and plaintiff.

   b. $108,501.76 as a penalty per the terms of the contract for delay of shipment.

   c. $32,194.13 for interest at the rate of 5% from March 9, 2007 to January 23, 2008 on the liquidated amount of $792,010.56.

   d. Additional damages totally $2,000,000 owed by defendant arising out of defendant's breach of contract.

_March 19, 2008_

ENTER:

_____
JUDGE

FEDOTA CHILDERS, P.C.
Three First National Plaza
70 West Madison St., Suite 3900
Chicago, IL 60602
312/236-5015